1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  ARTHUR LETTENMAIER, SBN 186857
   BROWN WINFIELD & CANZONERI, INC.
7  300 SOUTH GRAND AVE., SUITE 1500
   LOS ANGELES, CA 90017
8  Telephone: (213) 687-2100
   Fax: (213) 687-2149
9
   Attorney for Defendant
10 HOUSE OF FABRICS dba JO ANN FABRICS

11

12                UNITED STATES DISTRICT COURT

13                EASTERN DISTRICT OF CALIFORNIA

14

15
   JAMES SANFORD,                    Case No. CIV.S. 04-2046 EJG PAN
16
         Plaintiff,
17
         vs.                         **REQUEST FOR DISMISSAL AND**
18
   FCA OF OHIO, INC. DBA JO ANN      **ORDER THEREON**
19 FABRICS #1568; and DOES 1 through 10,

20
         Defendants.
21
   _____/
22

23

24

25

26

27

28

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, James Sanford, and defendant, FCA of Ohio, Inc. dba Jo Ann Fabrics #1568, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: September 5, 2005              LAW OFFICES OF LYNN HUBBARD, III


*/s/ Scottlynn J. Hubbard, IV*
SCOTTLYNN J HUBBARD, IV
Attorneys for Plaintiff

Dated: September 5, 2005              BROWN WINFIELD & CANZONERI, INC.


Signature On File
ARTHUR LETTENMAIER, ESQ.
ADRIAN GUERRA, ESQ.
Attorneys for Defendant JO ANN FABRICS

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S 04-2046 LKK PAN, is hereby dismissed with prejudice.

Dated: September 8, 2005.              /s/Lawrence K. Karlton
                                       Lawrence K. Karlton
                                       Senior Judge